Febraury 28, 2018

Deana Williamson, Clerk
Court of Criminal Appeals
Post Office Box 12308
Austin, Texas  78711-2308

Re: Writ No. WR-68,455-01

Dear Ms. Williamson:

In reference to the above captioned Writ, I'm trying to find out whether that writ was dismissed or denied. Since I was on direct appeal, I'm inclined to believe it was dismissed. Can you please advise me accordingly.

Thank You

Robert Lee Ortega, #1103111
Polunsky Unit
3872 Fm 350 South
Livingston, Texas    77351

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 07 2018

Deana Williamson, Clerk